UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) |
| :--- | :--- |
| | ) |
| | ) |
| v. | ) 2:16-cr-00174-JDL-2 |
| | ) |
| RAFAEL BULI, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

United States Magistrate Judge John C. Nivison filed his Recommended Decision (ECF No. 141) with the Court on October 25, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019), regarding Defendant Rafael Buli's motion to modify his federal sentence (ECF No. 140). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 141) of the Magistrate Judge is hereby **ACCEPTED** and the Defendant's motion (ECF No. 140) is **DENIED**.

**SO ORDERED.**

**Dated this 9th day of December, 2019.**

                                        /s/ Jon D. Levy
                                   **CHIEF U.S. DISTRICT JUDGE**